IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN B. HALL, #140168, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:03cv717-A |
| | ) | |
| STEVEN BULLARD, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #33), entered on August 30, 2005, the Recommendation is adopted, and it is hereby

ORDERED that this petition for habeas corpus relief is DENIED based on Petitioner's failure to file the petition within the one-year period of limitation set forth in 28 U.S.C. § 2244(d)(1), and this case is DISMISSED with prejudice.

Final Judgment will be entered accordingly.

DONE this 19th day of September, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE